# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 09-2101JCE-01 |
| | ) | |
| KAREN L. ROBINETT, | ) | |
| | ) | |
| Defendant . | ) | |

## REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

Upon motion of the United States and order of the Court, a psychiatric/psychological

examination was conducted pursuant to 18 U.S.C. §§ 4241(b) and 4247(b). After the

appropriate report was filed, this matter was called for a hearing. The defendant, accompanied

by her appointed counsel David Mercer, Assistant Federal Public Defender, appeared personally,

through videoconferencing. The United States was represented by Douglas C. Bunch, Assistant

United States Attorney. The Forensic Psychological Report prepared pursuant to this Court's

order was received in evidence. The defendant testified that she had no idea what the hearing

was about, and that despite the fact that she has appeared in Court and has been subject to the

evaluation, she had never heard of the criminal case until now. The conclusion of the experts,

who evaluated defendant, was that she is incompetent to stand trial.

In view of her testimony and the conclusions of the experts, it is

RECOMMENDED that the defendant be found by a preponderance of the evidence to be

presently suffering from a mental disease or defect rendering her mentally incompetent to the

extent that she is unable to understand the nature and consequences of the proceedings against

her or to assist property in her defense.   It is further

RECOMMENDED that the defendant be committed to the custody of the Attorney

General pursuant to 18 U.S.C. §4241(d)(1) for a reasonable period of time, not to exceed four

months.


_____/s/ James C. England_____
**JAMES C. ENGLAND, CHIEF**
**UNITED STATES MAGISTRATE JUDGE**


Date: August 18, 2009