IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 09-2101-JCE-01 |
| | ) | |
| KAREN L. ROBINETT, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

In accordance with the Report and Recommendation filed by Chief United States Magistrate Judge James C. England, it is hereby

ORDERED that the Court finds by a preponderance of the evidence that the defendant is presently suffering from a mental disease or defect rendering her mentally incompetent to the extent that she is unable to understand the nature and consequences of the proceedings against her or to assist property in her defense. It is further

ORDERED that the defendant be committed to the custody of the Attorney General pursuant to 18 U.S.C. §4241(d)(1) for a reasonable period of time, not to exceed four months. It is further

ORDERED that prior to the expiration of the four-month period, the Court shall be advised whether there is a substantial probability that in the foreseeable future defendant will attain the capacity to permit the trial to proceed, and whether commitment is necessary for an additional reasonable period of time until

(A) her mental condition is so improved that trial may proceed, if the Court finds that there is a substantial probability that within such additional period of time she will attain the capacity to permit the trial to proceed; or

(B) the pending charges against her are disposed of according to law;
whichever is earlier.


Date:  September 21, 2009                                    /s/ Dean Whipple
                                                                Dean Whipple
                                                          United States District Judge