# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 09-2101JCE-01 |
| | ) | |
| KAREN L. ROBINETT, | ) | |
| | ) | |
| Defendant . | ) | |

## REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Defendant was committed to the custody of the Attorney General pursuant to 18 U.S.C. § 4241 (d)(1) (Doc. 17). Thereafter, a psychiatric report was filed (Doc. 18). A hearing was held, at which the defendant appeared personally and with appointed counsel David Mercer, Assistant Federal Public Defender. The United States was represented by Douglas C. Bunch, Assistant United States Attorney. The psychiatric report was received in evidence. The defendant testified that she does not believe she is suffering from a mental disease, and that she is competent to proceed.

The conclusion of the mental health professionals is that the defendant suffers from a mental disease or defect to such an extent that she is not able to appreciate the nature and consequences of the proceedings against her or to assist properly in her defense. It is noted that the defendant had been treated with prescribed antipsychotic medication without significant improvement. It is the additional conclusion that she is unlikely to be restored to competency in the future. These conclusions are supported by the defendant's conduct and the course of treatment, while committed. It is therefore

RECOMMENDED that the defendant be recommitted to the custody of the Attorney General for the purpose of a risk assessment and possible proceedings under 18 U.S.C. §4246.

       /s/ James C. England
**JAMES C. ENGLAND**
**UNITED STATES MAGISTRATE JUDGE**

Date: March 1, 2010