# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 09-2101JCE-01 |
| | ) | |
| KAREN L. ROBINETT, | ) | |
| | ) | |
| Defendant . | ) | |

## **O R D E R**

On March 21, 2010, a Report and Recommendation of the United States Magistrate Judge was filed in this matter, recommending that the defendant be recommitted to the custody of the Attorney General for the purpose of a risk assessment and possible proceedings under 18 U.S.C. §4246. (Doc. 21) Thereafter, the defendant filed exceptions to the Report and Recommendation, wherein she reiterates her testimony at the hearing that she does not believe she is suffering from a mental disease or defect; that she is competent to proceed in the above-titled criminal case, and that she does not believe there is substantial evidence in support of the findings in the Report and Recommendation of the United State Magistrate Judge. (Doc. 23)

The expert opinion is that the defendant does suffer from a mental disease or defect to such an extent that she is not able to appreciate the nature and consequences of the proceedings against her or to assist properly in her defense. Additionally, the conduct of the defendant, while committed pursuant of 18 U.S.C. §4241 (d), supports the conclusions of the mental health experts. It is therefore

ORDERED that defendant's exceptions be, and are hereby, overruled; and it is further

ORDERED that the defendant be recommitted to the custody of the Attorney General for the purpose of a risk assessment and possible proceedings under 18 U.S.C. §4246.


                    /s/ Dean Whipple
                  **DEAN WHIPPLE**
              **UNITED STATES DISTRICT JUDGE**

Date: March 22, 2010